

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

**42 U.S.C SECTION 1983**
**SECTION 242 OF TITLE 18**

Granville S Watson

VS

Defendant 1

Defendant 2

## CIVIL RIGHTS VIOLATION

      On January 13 2023 a panel of judges in the United States District Court of Appeals affirmed this court's ruling that a judge can not be included in my lawsuit. This decision also ruled that the five year prison sentence and the three year prison sentence I was sentenced to in the State of Connecticut were both wrongful convictions. Case # ( 22-1258 ). The panel of judges stated that I was instructed to file a civil rights violation suit and I will oblige.

 The decision rendered by the appeals court believes I included Judge Westbrook in my complaint out of malice, this is not the case. First I would like to apologize to Judge Westbrook for including her in my lawsuit.

 I tried to resolve this matter in the Claims Commision in the State of Connecticut, my claim was denied, I tried to resolve my wrongful conviction directly with the Manchester Police Department special litigator and town attorneys without success. Instead of trying to resolve this matter amicably, there seemed to be an effort to discredit me. So I chose to include the names of everyone involved with my wrongful incarcerations, even those I do not hold responsible. In response to my filings, the defendants have never completely acknowledged the facts surrounding my wrongful arrests and convictions, but instead seemed to insinuate I may have been involved in illegal activity.

 The Manchester Police Department gave erroneous information to the District Attorney' Office, this led to my fraudulent prosecution, the District Attorney's Office and the prosecutors were all involved in this fraudulent case.

Judge Westbrook is not responsible for my wrongful incarcerations and I regret including her name to my complaint in previous filings. My lack of legal expertise caused me to make several errors in my civil rights violation suit. I truly believed I needed to have her name included to move forward. If the way I presented my complaint has caused Judge Westbrook any discomfort or issues, I offer my deepest and most sincere apology to her.

### STATUTE OF LIMITATIONS; FRAUDULENT CONCEALMENT:

I stated in previous filings that the States Attorney ( William Tong ) acknowledged to some degree some fault by the Manchester Police Department, and that I believed the tolling of the two year deadline started with the states attorneys assertion that the Manchester police were responsible for the wrongful convictions. This assertion may have been in error. Once a judge or panel of judges determines wrongful conviction, you have been effectively exonerated! The tolling starts then. The panel of judges in the second circuit appeals court deemed my incarcerations wrongful on January 13 2023.

The fraudulent concealment statute is clear. To establish fraudulent concealment, a plaintiff must prove (1) that the defendant took affirmative action to conceal the cause of action or remained silent and failed to disclose material facts despite a duty to do so. (2) the plaintiff could not have discovered the cause of action despite exercising reasonable care and diligence. (3) knowledge on the part of the defendant of facts giving rise to cause of action. In other words the defendant must be aware of the wrong. (4) The fourth element of fraudulent concealment is a concealment of material information from the plaintiff. To avoid the ordinary effect of a statute of limitations, the plaintiff must generally establish that the defendant has committed an affirmative act of concealment. ( Clayton Act Section 4,38 )

### QUESTIONS FOR THE DEFENDANT:

If the defendant is going to take the position that the statute of limitations protects them from liability, my questions to the defendant will be.

1. Why was a document created in 2009 with the heading Adult Division of Probation that states the plaintiff ( Granville S Watson ) pled guilty to a violation of probation?
2. What was the intent of this fraudulent document?
3. Who created this fraudulent document and why was it submitted to the Board of Pardons and Paroles in 2009?
4. Who ordered the destruction of the plaintiff's police records while the plaintiff was incarcerated ? and why was this done?

5. Who blocked the plaintiff from access to probation records within the Adult Division of Probation in Manchester Connecticut. and why?
6. Who blocked the plaintiff's access to The Board of Pardons and Paroles documents, the very same documents the plaintiff supposedly sent in, in relation to the plaintiff's pardon in 2009 ? And why ?

The creation and submission of the Adult probation document was to prevent me from filing any monetary claim and this fraud was only discovered on March 6 2020. This is the reason the defendants should not claim the statute of limitations protects them from liability. The defendant created the situation that caused a statute of limitations issue by engaging in fraud that should not protect them.

**CONCLUSION AND SOLUTION**

The defendants forced me to pay bail to facilitate my release from jail knowing I was innocent of the crime I was accused of, the defendant forced me to hire an attorney knowing I was innocent of the crime I was accused of. As a result of the fraudulent prosecution, I was sued by creditors, had a loss of employment, loss of property, and I was forced to declare bankruptcy and these injuries have never been corrected by the defendant. Instead of making any attempt to correct these injustices, the defendants falsified records and denied me access to police reports and records needed for my claim. These acts by the defendants should automatically prevent the defendants from claiming the statute of limitations protects them from liability. The panel of judges in the second circuit appeals court also agreed that there was fraud and deception on the part of the defendants.

The solution is to compensate me for the wrongful five year prison sentence and the wrongful three year prison sentence and costs associated with the wrongful incarceration and having my civil rights violated. I asked for a specific amount in my claims commission filing, that amount would suffice but I would be willing to discuss an amount of compensation the defendant would consider reasonable.

Plaintiff;
Granville S Watson
196 Haut Brion Ave
Newark Delaware 19702
413-330-1147

States Attorney
William Tong
165 Capitol Ave
Hartford Connecticut 06106

Internal Affairs Officer Manchester Connecticut Police Department
Jon Laughlin
239 Middle Turnpike E
Manchester Connecticut 06040

Sworn to and subscribed before me this __3__ day of __April 2023__